

```
 1  JOSEPH W. CHARLES, P.C.
    5704 West Palmaire Avenue
 2  P.O. Box 1737
    Glendale, Arizona 85311-1737
 3  623-939-6546
    lawoffice@joecharles.com
 4  JOSEPH W. CHARLES, #003038
    Attorney for Debtor(s)
 5

 6              IN THE UNITED STATES BANKRUPTCY COURT

 7                      DISTRICT OF ARIZONA
 8
 9  In re:                        )   In Proceedings Under Chapter 13
10                                 )
    William Earl Hindmon,         )   Case No. 2:09-bk-28077-EWH
11  and                            )
    Sandra Hindmon,               )
12              Debtor(s).         )   CERTIFICATION
13                                 )
                                   )
14  _____)

15
        Debtor, WILLIAM EARL HINDMON and SANDRA HINDMON, certifies that all
16
    required State and Federal income tax returns have been filed and that no domestic support
17
    obligation is owed or, if owed, such payments are current since the filing of the Petition.
18

19
        DATED this 1st day of June, 2010.
20

21
        _____        _____
22      William Earl Hindmon                    Sandra Hindmon
23
24
25
26
27
28
                                            1
```